# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

WILLIE T. SMITH,

        Plaintiff,

vs.

J. NASH, *et al.*,

        Defendants.

2:19-cv-01983-JAD-VCF

**ORDER**

Before the Court is Defendants' Motion to Exclude Case from Mediation (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendants' Motion to Exclude Case from Mediation (ECF No. 18) must be filed on or before June 10, 2021.  No reply needed.

DATED this 3rd day of June, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE