# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Willie T. Smith, | Case No.: 2:19-cv-01983-JAD-VCF |
| Plaintiff | |
| v. | **Order Directing Response to Pending Motions for Injunctive Relief** |
| J. Nash, | |
| Defendant | |

In this civil-rights action, plaintiff Willie Smith alleges that his constitutional rights were violated during his incarceration at Nevada's High Desert State Prison ("HDSP"). Smith has filed a motion for a preliminary injunction and temporary restraining order, alleging that he is being denied medical treatment for a spinal injury.[1] The court has reviewed those motions and finds that a response is merited.

IT IS THEREFORE ORDERED that **Defendant J. Nash must file a response to Smith's motion for preliminary injunction and temporary restraining order [ECF Nos. 13, 14] by July 23, 2021.** Smith will then have until August 13, 2021, to file any reply.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 13, 2021

---

[1] ECF Nos. 13, 14.