# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILLIE T. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>J. NASH,<br><br>    Defendant. | 2:19-cv-01983-JAD-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF Nos. 13 & 14).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF Nos. 13 & 14) is scheduled for 10:00 AM, August 31, 2021.

IT IS FURTHER ORDERED that The Attorney General's Office must make the necessary arrangements for plaintiff to appear by telephone and will provide Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov with the telephone number at which the plaintiff can be reached by noon, August 30, 2021.

For the public, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 5th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE