# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILLE T. SMITH,

        Plaintiff(s),

v.

J. NASH, et al.,

        Defendant(s).

2:19-cv-01983-JAD-VCF

**ORDER**

    Defendants have notified the court that High Desert State Prison does not have a conference room available for Plaintiff Smith to use for the hearing on October 1, 2021. A conference room is available on September 29, 2021 at 2:00 PM.

    Accordingly,

    IT IS HEREBY ORDERED that a video conference hearing scheduled for 2:00 PM, October 1, 2021, is **RESCHEDULED to 2:00 PM, September 29, 2021**, on the Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF Nos. 13 & 14). **Plaintiff may appear by video conference or by telephone (if video conference is not available).**

    **IT IS FURTHER ORDERED that Plaintiff's Motion for Appointment of Pro Bono Counsel (ECF No. 57) and Motion to Stay Case (ECF No. 58) are added to the hearing on September 29, 2021 at 2:00 PM.**

    IT IS FURTHER ORDERED that any opposition to Plaintiff's Motion for Appointment of Pro Bono Counsel (ECF No. 57), and Motion to Stay Case (ECF No. 58) must be filed on or before September 28, 2021.

    IT IS FURTHER ORDERED that The Attorney General's Office must make the necessary arrangements for plaintiff to appear by telephone or by video conference and will provide Tawnee Renfro

at Tawnee_Renfro@nvd.uscourts.gov with the telephone number or email address at which the plaintiff can be reached by noon, September 27, 2021.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, September 27, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action and would like to listen to the proceedings, you may contact Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov for the call-in telephone number. Recording of the proceedings is prohibited.

DATED this 24th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE